65 A.3d 385

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Harold Winston NOEL, Jr., Petitioner.**

Supreme Court of Pennsylvania.

April 24, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether the Superior Court erred in ruling that although the trial court plainly violated Pa.R.Crim.P. 631(E)(2) by requiring [petitioner] to exercise peremptory challenges before the exercise of all challenges for cause, said error was not *per se* prejudicial, nor prejudicial to [petitioner] under the circumstances, where, as demonstrated by the dissent, in this instance the trial court's misapplication of an important rule of criminal procedure pertaining to the exercise of

626

the right to trial by jury cannot reasonably be said to have constituted harmless error.